AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

JEFF HOHLBEIN,

    Plaintiff,          JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:08-cv-00347-BES-VPC**

UTAH LAND RESOURCES, LLC, et al.,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (#16) is GRANTED. Accordingly, Plaintiff's request for injunctive relief is GRANTED and Defendants are ordered to remove the barriers to accessibility identified by Plaintiff's expert **within 90 days** of the entry of judgment. Defendants' Motion for Summary Judgment (#12) is DENIED.

   July 31, 2009                                        **LANCE S. WILSON**
                                                             Clerk

                                                              /s/ P. McDonald
                                                              Deputy Clerk