AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF __NEVADA__

JEFF HOHLBEIN,

     Plaintiff,         JUDGMENT IN A CIVIL CASE

V.

                          CASE NUMBER: **3:08-cv-00347-RCJ-VPC**

UTAH LAND RESOURCES LLC, et al.,

     Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that attorney's fees are AWARDED in the amount of $6362.50, and costs are AWARDED in the amount of $1575.

  __April 29, 2011__                                  **LANCE S. WILSON**
                                                                          Clerk

                                                              __/s/ Katie Lynn Ogden__
                                                                      Deputy Clerk